*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| | ***Return*** | |
|---|---|---|
| *Case No.:*<br>1:22MJ-458 | *Date and time warrant executed:*<br>08/02/2022 at 10:05 AM | *Copy of warrant and inventory left with:* |

| *Inventory made in the presence of :*<br>A.Kremer |
|---|

| *Inventory of the property taken and name of any person(s) seized:*<br><br>Approximately 1,604 grams of a green leafy substance suspected to be marijuana. |
|---|

| ***Certification*** |
|---|
|     *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*<br><br><br>*Date:*    08/02/2022<br><br>    *Executing officer's signature*<br><br>    Jason R. Roth, U.S. Postal Inspector<br>    *Printed name and title* |